**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| **Worldwide Door Components, Inc.**<br><br>**Plaintiff,**<br>v.<br>**United States,**<br><br>**Defendant** | **Court No. 20-00062** |

**JOINT STATUS REPORT**

In accordance with the Court's October 6, 2025 order (ECF No. 45), and in furtherance of the parties' prior joint status reports (ECF Nos. 48, 50), the parties report that an agreement in principle has been reached to resolve this action short of further litigation. Since the parties' prior joint status reports, the parties have now negotiated the terms of the agreement, and the respective agency approvals have been secured. Before executing the agreement, however, the parties are discussing certain logistics needed to bring this matter to a close.

Accordingly, the parties propose that no briefing schedule be entered at this time. Instead, the parties respectfully propose that additional time be afforded to work out the logistics necessary to finalize the contemplated resolution of this action. The parties respectfully request that if this matter is not resolved by June 15, 2026, the parties will submit an additional Joint Status Report, and if need be, a proposed briefing schedule at that time.

Respectfully Submitted,

/s/ Melissa Brewer
MELISSA BREWER
Special Counsel
Kelley Drye & Warren LLP

670 Maine Avenue SW, Suite 600
Washington, DC 20024
Tel: (202) 342-8807
Cell: (646) 895-1163
mbrewer@kelleydrye.com
Attorneys for Plaintiff

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-in-Charge
International Trade Field Office

/s/ Alexander Vanderweide
ALEXANDER VANDERWEIDE
Senior Trial Counsel
Commercial Litigation Branch
Department of Justice, Civil Division
26 Federal Plaza, Room 346
New York, N.Y. 10278
Attorneys for Defendant
202-598-0287

Dated: April 30, 2026

2