## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| **Worldwide Door Components, Inc.**<br><br>       **Plaintiff,**<br><br>    v.<br><br>**United States,**<br><br>       **Defendant** | **Court No. 20-00062** |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties, Plaintiff Worldwide Door Components, Inc., by and through its undersigned counsel, and Defendant the United States, by and through its undersigned counsel, that this action is dismissed with prejudice in its entirety, pursuant to Rule 41 of the Rules of the U.S. Court of International Trade.

IT IS FURTHER STIPULATED AND AGREED that each party is to bear its own costs and attorneys' fees.

4904-4159-8313v.1

/s/ Melissa Brewer
MELISSA BREWER
Special Counsel
Kelley Drye & Warren LLP
670 Maine Avenue SW, Suite 600
Washington, DC 20024
Tel: (202) 342-8807
Cell: (646) 895-1163
mbrewer@kelleydrye.com
Attorneys for Plaintiff

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-in-Charge
International Trade Field Office

/s/ Alexander Vanderweide
ALEXANDER VANDERWEIDE
Senior Trial Counsel
Commercial Litigation Branch
Department of Justice, Civil Division
26 Federal Plaza, Room 346
New York, N.Y. 10278
Attorneys for Defendant
202-598-0287

Dated:  May 19, 2026

4904-4159-8313v.1